# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD YGNACIO GALLARDO, | ) | No. EDCV 11-1490-PA(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RANDY GROUNDS, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>October 16, 2012</u>

_____
PERCY ANDERSON
United States District Judge